IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VONNA TITUS                                                                                          PLAINTIFF

v.                                         No. 4:12-cv-225 KGB

JAMES MARTIN, DOUGLAS TURNER,
and MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY                                                                       DEFENDANTS

## ORDER

On August 22, 2012, the Court conducted a Rule 16(b) scheduling conference during which the Court addressed several discovery issues raised by the parties. Based on the agreement of the parties, the Court will issue a new scheduling order extending the current discovery deadline. The parties should work together to schedule defendant Douglas Turner's deposition to take place no later than the week of October 8, 2012. The parties are directed to report to this Court by 5:00 p.m. Monday, August 27, 2012 that they have reached an agreement regarding the scheduling of Mr. Turner's deposition. If the parties cannot agree by 5:00 p.m. Monday, August 27, 2012 on a date, time, and location for Mr. Turner's deposition, they should provide the Court with all dates they are available between the date of this Order and October 12, 2012, including Saturdays, and the Court will schedule Mr. Turner's deposition.

SO ORDERED this 22nd day of August, 2012.

_____
Kristine G. Baker
United States District Judge