**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**VONNA TITUS**                                                                    **PLAINTIFF**

**v.**                                   **No. 4:12-cv-225 KGB**

**JAMES MARTIN, DOUGLAS TURNER,**
**and MASSACHUSETTS MUTUAL LIFE**
**INSURANCE COMPANY**                                              **DEFENDANTS**

<u>**ORDER**</u>

On motion of plaintiff indicating that this matter has been resolved (Dkt. No. 29), this case

is hereby dismissed with prejudice.

SO ORDERED this 18th day of December, 2012.

_____
Kristine G. Baker
United States District Judge