IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VONNA TITUS                                                                                        PLAINTIFF

v.                                       No. 4:12-cv-225 KGB

JAMES MARTIN, DOUGLAS TURNER,
and MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY                                                              DEFENDANTS

## ORDER

On motion of plaintiff indicating that this matter has been resolved (Dkt. No. 29), this case is hereby dismissed with prejudice.

SO ORDERED this 18th day of December, 2012.

_____
Kristine G. Baker
United States District Judge